# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>      Petitioner,<br><br>  v.<br><br>TERESA SHWARTZ,<br><br>      Respondent.<br>_____/ | CV F   05-00915 OWW SMS HC<br><br>FINDINGS AND RECOMMENDATIONS REGARDING PETITION FOR WRIT OF HABEAS CORPUS<br><br>[Doc. 1] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On July 15, 2005, Petitioner filed the instant petition for writ of habeas corpus. Petitioner raises the following two grounds for relief: 1) incompetency during trial; and 2) insufficiency of the evidence. This petition was assigned case number "CV F 05-00915 OWW SMS HC."

    A review of this Court's docket system indicates that on May 11, 2005, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Central District of California. The action was transferred to this Court on May 27, 2005. That case was assigned case number "CV F 05-00684 REC LJO HC."

    The Court has reviewed both of the pending federal petitions listed above and finds that the petitions are identical. Review of the petitions also discloses that in the first action, CV F 05-00684 REC LJO HC, the Court has issued Findings and Recommendations that certain claims be dismissed for failure to state a cognizable federal claim and certain claims be dismissed for

failure to exhaust the state court remedies.[1]  In light of the duplicative nature of the petitions, the Court finds that the instant action should be dismissed.

## RECOMMENDATION

Accordingly, the Court RECOMMENDS that the Petition for Writ of Habeas Corpus be DISMISSED as duplicative.

This Findings and Recommendation is submitted to the Honorable Oliver W. Wanger, United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Replies to the objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   September 6, 2005              /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The Findings and Recommendations were issued on July 15, 2005, and have not yet been adopted by the District Judge.