UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BENYAMINI, | ) | 1:05-cv-00915-OWW-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 5) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| TERESA SHWARTZ, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On September 7, 2005, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DISMISSED as duplicative. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On September 26, 2005, Petitioner filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's

1

1 objections, the Court concludes that the Magistrate Judge's
2 Findings and Recommendations are supported by the record and proper
3 analysis.  In his objections, Petitioner contends that the two
4 cases are not identical.  Specifically, Petitioner contends that in
5 CV-F-05-684 REC LJO HC, he is challenging solely his conviction.
6 Whereas, in CV-F-05-915 OWW SMS HC, Petitioner is challenging only
7 the sentence.  Petitioner's contention is without merit.  In the
8 instant petition, Petitioner raises two claims: (1) incompetency
9 during trial; and (2) insufficiency of the evidence.  Although
10 Petitioner attempts to phrase his arguments in terms of challenging
11 a wrongful sentence, the factual basis of Petitioner's challenges
12 are to his incompetency of counsel and the sufficiency of the
13 evidence.  Petitioner's claim that he was incompetent during trial
14 is identical to Claim One raised in CV-F-05-684 REC LJO HC, and
15 Petitioner's challenge to the insufficiency of the evidence is
16 identical to Claim Two raised in CV-F-05-684 REC LJO HC.
17 Therefore, Petitioner's objections present no grounds for
18 questioning the Magistrate Judge's analysis.
19     Accordingly, IT IS HEREBY ORDERED that:
20     1.   The Findings and Recommendations, filed September 7,
21 2005, are ADOPTED IN FULL;
22     2.   The Petition for Writ of Habeas Corpus is DISMISSED as
23 duplicative; and,
24     3.   The Clerk of Court enter judgment.
25 IT IS SO ORDERED.
26 **Dated:   November 4, 2005**           **/s/ Oliver W. Wanger**
   emm0d6                                 UNITED STATES DISTRICT JUDGE
27
28

2